M. P. No. 76-315. LORRAINE L. MEINHOLD *v.* RICHARD J. MEINHOLD. The respondent's motion for a partial stay is denied.

This case is assigned to the October 1977 calendar for oral argument. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva,* for petitioner. *Macioci and Grimm, E. Paul Grimm,* for respondent.

M. P. No. 77-119. FRANCIS J. PARENTE *v.* ALBERT FASCIO *et al.* The petition for writ of certiorari is granted and the writ shall issue forthwith.

The parties are directed to discuss the issue, among the other issues in this case, as to whether the petitioners have standing in this case. See *Buffi* v. *Ferri,* 106 R.I. 349, 259 A.2d 847 (1969)' and *Ramsay* v. *Sarkas,* 110 R.I. 590, 295 A.2d 416 (1972). *Tobin, LeRoy & Silverstein, James M. Lenaghan,* for plaintiff-respondent. *Irving J. Bilgor,* Counsel, Board of Review, for defendant-petitioner.